UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

                                     Case No. 24-40044-ess

Whitehead Estate LLC

                                     Chapter 11

                Debtor.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel for creditor FM HOME LOANS, LLC (the "Creditor") and pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or filed in these cases be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to have the

ME1 47939398v.1

District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled.

Dated: New York, New York
        March 20, 2024

**McCARTER & ENGLISH, LLP**

By:    */s/ Phillip S. Pavlick*
        Phillip S. Pavlick, Esq.
        Worldwide Plaza
        825 Eighth Avenue, 31st Floor
        New York, NY 10019
        Tel.: (973) 849-4181
        Fax: (973) 297-3700
        Email: ppavlick@mccarter.com